IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM N. TAYLOR, JR.,
    Plaintiff,

vs.                               Case No.:  3:13cv121/LAC/EMT

DAVID MORGAN, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 24, 2015 (doc. 57).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** on this 30th day of March, 2015.

                                                    s/ *L.A. Collier*
                                                    Lacey A. Collier
                                        Senior United States District Judge